Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

JOHN A WEISS,

Debtor.

In Proceedings Under Chapter 13

Case No. 2:15-BK-04536-EPB

TRUSTEE'S MOTION TO DENY DISCHARGE

Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), hereby moves this Court for an order to deny the debtor's discharge in the above Chapter 13 case pursuant to 11 U.S.C. § 1328(f)(1).

This motion is supported by the entire record before the Court in this case and the following Memorandum of Points and Authorities.

Wherefore, the Trustee moves this Court for an order denying the debtor's discharge in this case pursuant to 11 U.S.C. § 1328(f)(1).

Dated: See Electronic Signature.

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

///

///

///

## MEMORANDUM OF POINTS AND AUTHORITIES

The court has jurisdiction of this matter under 28 U.S.C. §1334 (a) and (b), 28 U.S.C. §157(a) and (b)(1), and 28 U.S.C. §151. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (J). This motion is filed pursuant to 11 U.S.C. § 1328(f)(1).

Pursuant to F.R.B.P. 4004 (a), a motion objecting to the granting of a discharge under 11 U.S.C. § 1328(f)(1) shall be filed not later than 60 days following the first date set for the meeting of creditors held pursuant to 11 U.S.C. § 341, unless a motion to extend the time for filing a complaint objecting to discharge is pending. That deadline is August 3, 2015.

Debtor previously filed a voluntary petition for relief under chapter 7 of Title 11, United States Code, on September 25, 2013. The debtor obtained a Chapter 7 discharge in that case. The debtor filed the instant case on April 20, 2015. The instant case was filed within four years of the prior case as a Chapter 13 proceeding. Inasmuch as the instant case was filed within four years of the commencement of that prior case, Debtor is not entitled to a discharge in this case.

Based on the foregoing, Trustee respectfully requests the Court enter an Order denying the Debtor's discharge pursuant to 11 U.S.C. § 1328(f)(1), and for whatever other relief the Court deems just and proper.

Dated: See Electronic Signature.

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

///
///
///

-2-
Case 2:15-bk-04536-EPB    Doc 28    Filed 06/11/15    Entered 06/11/15 11:03:31    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | Copy of the foregoing<br>mailed: See Electronic Signature |
| 2 | Below: |
| 3 | John A. Weiss<br>11329 E. Cavedale Drive |
| 4 | Scottsdale, AZ 85262 |
| 5 | Gary R. Stickell, Esq.<br>Attorney at Law, P.C. |
| 6 | 301 E. Bethany Home Road, Suite B100<br>Phoenix, Arizona 85012 |
| 7 | |
| 8 | Ilene J. Lashinsky, Esq.<br>United States Trustee |
| 9 | Office of the United States Trustee<br>230 N. 1st Ave., Suite 204<br>Phoenix, AZ 85003 |
| 10 | |
| 11 | |
| 12 | _____ |