**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| JOHN A. WEISS, | No. 2:15-bk-04536 EPB |
| Debtor. | **NOTICE OF DISMISSAL AS OF RIGHT/ REQUEST TO VACATE HEARING** |
| | **Hearing on Order to Show Cause: Tuesday, July 19, 2016 at 10:00 a.m.** |

Debtor, by and through his undersigned counsel, gives Notice of Dismissal as of the right pursuant to 11 U.S.C. section 1307 (b).

Debtor further request that the continued hearing on the Order to Show Cause to Dismiss be vacated as moot. The hearing is set on Tuesday, July 19, 2016 at 10:00 a.m.

DATED: July 14, 2016

                                           GARY R. STICKELL,
                                           ATTORNEY AT LAW, P.C.

                                           By:   G.R.S. #7512
                                                Attorney for Debtor

| | |
|---|---|
| 1 | **Original** Electronically filed July 14, 2016 |
| 2 | |
| 3 | **Copies** of the foregoing mailed July 14, 2016, to: |
| 4 | |
| 5 | EDWARD J. MANEY<br>CHAPTER 13 TRUSTEE |
| 6 | 101 N. FIRST AVE., SUITE 1775 |
| 7 | PHOENIX, AZ 85003 |
| 8 | by: G.R.S. #7512 |

- 2 -